**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00673-CV

## BRIAN REAUX, Appellant

## V.

## GEORGE ABDOU, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0989**

## ORDER

Before the Court is appellant's September 18, 2017 motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief received by the Court September 8, 2017 filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE